■ Judith L. Dubin, Respondent, v. Paul L. Dubin, Appellant.— Judgment, Supreme Court, New York County, entered May 5, 1971, unanimously modified, on the law, to the extent of reducing defendant's future obligation, as set forth in the third decretal paragraph thereof, to $60 per week, and otherwise affirmed, without costs and without disbursements. An upward modification of the children's support was not warranted within the framework of the instant breach of contract action. If respondent desires to seek such relief, she should employ the appropriate vehicle therefor. Concur — Stevens, P. J., McGivern, Markewich, Nunez and Murphy, JJ.

■ In the Matter of Pliades Steamship Co., Inc. Peter Kaltsides et al., Appellants; Alexander H. Rockmore et al., Respondents.— Order, Supreme Court, New York County, entered September 10, 1971, so far as appealed from, unanimously modified, on the law and on the facts, to the extent of reducing the fee of the receiver's attorney to $17,500, and otherwise affirmed, without costs and without disbursements. On the record before us, an award in excess of the amount indicated is unwarranted. Concur — McGivern, J. P., Markewich, Nunez, Kupferman and Murphy, JJ.